### STATE OF CONNECTICUT *v.* JOSEPH MARSHALL

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 178 (AC 28068), is denied.

VERTEFEUILLE and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Alice Osedach*, assistant public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided June 17, 2009